# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PENNSYLVANIA LAND HOLDINGS COMPANY, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AND PENNSYLVANIA SERVICES CORPORATION, A DELAWARE CORPORATION, AND GENERAL PARTNER, TRADING AS CUMBERLAND COAL RESOURCES, LP, A DELAWARE LIMITED PARTNERSHIP,

        Respondents

        v.

ROBERT W. REED AND KAREN REED,

        Petitioners

: No. 293 WAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the decision of this matter.